

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-22-00177-CV

———————————————————

## IN RE THE WINERY@AUBREY, INC., KELBY TRUSTY, AND SHARI TRUSTY, Relators

Original Proceeding
481st District Court of Denton County, Texas
Trial Court No. 21-0026-431

Before Walker, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied and motion for temporary relief is denied as moot.

Per Curiam

Delivered: May 19, 2022